Prob12B
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
## February 7, 2023

Name of Offender: **Rudy Avalos**

Case Number: **2:22CR00285**

Name of Sentencing Judicial Officer: **Honorable William G. Young**

Date of Original Sentence: **December 1, 2014**

Original Offense: **Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine and Money Laundering Conspiracy**

Original Sentence: **144 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 14, 2022**

Date Jurisdiction Transferred to District of Nevada: **December 22, 2022**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To withdraw, without prejudice, petition for Summons for offender under supervision filed January 23, 2023 (ECF No.7)

## CAUSE

On December 1, 2014, Mr. Avalos was sentenced by the Honorable William G. Young in the District of Massachusetts to 12 years custody followed by 36 months supervised release for committing the offenses Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine and Money Laundering Conspiracy. Mr. Avalos commenced his supervised release in the District of Nevada on January 14, 2022, where he has remained. Jurisdiction was transferred to the District of Nevada on December 22, 2022.

Prob12B
D/NV Form
Rev. June 2014

# RE: Rudy Avalos

On January 23, 2023, Your Honor issued a Summons for supervised release violation after it was alleged that Mr. Avalos was arrested and charged with Constitution Domestic Violence-Strangulation and Battery Constituting Domestic Violence, Case No.:22CR051987.

The probation office recently obtained court records from the Clark County Regional Justice Center in reference to the above case. Records indicate that Mr. Avalos' case was dismissed on February 1, 2023. At this time, it is believed that the best course of action moving forward would be to withdraw the current petition.

As such, it is respectfully requested that the Summons and supervised release petition be quashed without prejudice at this time.

Respectfully submitted,

_____

Erica Denney
US Probation Officer

Approved:

_____

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐     No Action.

**X**     To withdraw, without prejudice, petition for Summons for offender under supervision filed January 23, 2023 (ECF No.7)

☐     Other (please include Judicial Officer instructions below):

-----------------------------------------------------------------------------------

_____
Signature of Judicial Officer

2/7/2023
_____
Date